WARREN MURDOCK, Appellant, v. THOMAS M. HODGENS and INEZ T. HODGENS, Respondents.— In view of the decision of the main appeal (post, p. 633), decided herewith, the motion to dismiss the appeal is dismissed, without costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANNA ANDERSON, Respondent, v. BARNEY's OMNIBUS SERVICE CORPORATION and JAMES G. GROWER, Appellants.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event, unless plaintiff, within ten days from service of a copy of the order entered herein, stipulate to reduce the verdict to the sum of $4,000, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. The amount of the verdict was excessive. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.